JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GRIFFITH; DAVID ELIASON, | CV 11-5867 PA (FFMx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; DOES 1-100 INCLUSIVE, | |
| Defendants. | |

Pursuant to the Court's December 13, 2011 Minute Order dismissing with prejudice the claims alleged by plaintiffs Aaron Griffith and David Eliason ("Plaintiffs") against defendants Bank of America, N.A., BAC Home Loans Servicing, LP, and Does 1-100 ("Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendants are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that defendants shall have their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: December 13, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE